MICHAEL E. MOSS  63408
HENRY Y. CHIU  222927
MOSS, TUCKER, CHIU, HEBESHA & WARD PC
A Professional Corporation
5260 North Palm Avenue, Suite 205
Fresno, California  93704
Telephone:  (559) 436-3847

Attorneys for Plaintiffs

JUSTIN D. HARRIS  199112
MOTSCHIEDLER, MICHAELIDES ET AL.
A Limited Liability Partnership
1690 West Shaw Avenue, Suite 200
Fresno, California 93711
Telephone:  (559) 439-4000

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

* * *

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE ROOFERS LOCAL 27 HEALTH AND WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, NATIONAL ROOFING INDUSTRY PENSION PLAN, ROOFERS LOCAL 27, FRESNO ROOFING CONTRACTORS VACATION FUND, and ROOFERS LOCAL 27 APPRENTICESHIP TRAINING FUND,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FRYER ROOFING CO., INC., a California corporation; DAVID BRUCE FRYER; LEIGH ANN FRYER; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; and DOES 1 through 50, inclusive,<br><br>　　　　　　　　Defendants. | Case No.  1:11-CV-00436-LJO-SMS<br><br>**STIPULATION AND ORDER TO DISMISS ACTION SUBJECT TO SETTLEMENT AGREEMENT** |

Plaintiffs Boards of Trustees of the Roofers Local 27 Health and Welfare Trust Fund, Pacific Coast Roofers Pension Plan, National Roofing Industry Pension Plan, Roofers Local 27, Fresno Roofing Contractors Vacation Fund, and Roofers Local 27 Apprenticeship Training Fund (collectively, "Plaintiffs") and defendants Fryer Roofing Co., Inc., David Bruce Fryer and Leigh Ann Fryer (collectively, "the Stipulating Defendants") hereby stipulate, and request an order, as to the following:

1. that the Court dismiss the present action, without prejudice, as to all Stipulating Defendants, due to the parties' settlement of the action pursuant to a written "Settlement Agreement Between Roofers Local 27 Trust Funds and Fryer Roofing Co., Inc. et al." executed on or about April 5, 2011; and

2. that the Court retain jurisdiction to enforce the terms of said Agreement.

Dated: April 15, 2011.                   MOSS, TUCKER, CHIU, HEBESHA & WARD
                                         A Professional Corporation

                                         By    */s/ Henry Y. Chiu*
                                            HENRY Y. CHIU
                                            Attorney for Plaintiffs

Dated: April 11, 2011.                   MOTSCHIEDLER, MICHAELIDES, ET AL.
                                         A Limited Liability Partnership

                                         By    */s/ Justin D. Harris*
                                            JUSTIN D. HARRIS
                                            Attorney for Stipulating Defendants

**ORDER**

THE ABOVE CAPTIONED ACTION IS HEREBY DISMISSED WITHOUT PREJUDICE. THE COURT SHALL RETAIN JURISDICTION TO ENFORCE THE TERMS OF THE SETTLEMENT AGREEMENT BETWEEN THE PARTIES.  The Clerk is directed to close this action.

IT IS SO ORDERED.

LAW OFFICES
Moss, Tucker, Chiu,
Hebesha & Ward
A Professional Corporation
5260 North Palm Avenue
Suite 205
Fresno, CA 93704

2
Stipulation and Order to Dismiss Action Subject to Settlement Agreement

Dated: __**May 20, 2011**__                             __/s/ Lawrence J. O'Neill__
                                                        UNITED STATES DISTRICT JUDGE

LAW OFFICES
Moss, Tucker, Chiu,
Hebesha & Ward
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 205
FRESNO, CA 93704

3
STIPULATION AND ORDER TO DISMISS ACTION SUBJECT TO SETTLEMENT AGREEMENT